Coleman Watson, Esq.
Watson LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
coleman@watsonllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-7-18

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ARCONIC, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § <br><br> Case No.: 1:17-cv-7779 <br><br> **NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL** |

Plaintiff, CODING TECHNOLOGIES, LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a), voluntarily dismisses this action, with prejudice, with both parties to bear their own attorneys' fees and costs.

Respectfully submitted,

SO ORDERED:

/s/ Coleman Watson
**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015

[signature]
U.S.D.J.
2/7/18

NOTICE OF VOLUNTARY DISMISSAL- 1
Case No.: 1:17-cv-07779-JGK

**WATSON LLP**
189 S Orange Avenue, Suite 810
Orlando, FL 32801
Tel (407) 377-6634 / Fax (407) 377-6688

Georgia Bar No. 317133
New York Bar No. 4850004
Email: coleman@watsonllp.com
docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

*Attorneys for Plaintiff,*
CODING TECHNOLOGIES LLC

NOTICE OF VOLUNTARY DISMISSAL- 2
Case No.: 1:17-cv-07779-JGK

**WATSON LLP**
189 S Orange Avenue, Suite 810
Orlando, FL 32801
Tel (407) 377-6634 / Fax (407) 377-6688